UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYNELL BLAIR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-2380** |
| **MEL'S TRANSPORTATION, II, LLC, et al.** | **SECTION: "G"(5)** |

## ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 27th day of February, 2020.

                    **NANNETTE JOLIVETTE BROWN**
                    **CHIEF JUDGE**
                    **UNITED STATES DISTRICT COURT**

---

[1] *See* Correspondence.

| | |
|---|---|
| **From:** | Mary Jackson |
| **To:** | eFile-Brown |
| **Cc:** | Jody Jackson; Inem O"Boyle |
| **Subject:** | Blair v. Mel"s Transportation, II, LLC, et al. No. 18-2380 |
| **Date:** | Thursday, February 20, 2020 2:29:19 PM |

Dear Hon. Judge Brown,

Please be advised that the parties have reached a settlement in the above-referenced matter and are in the process of settlement and dismissal documents to submit to the Court.

Please do not hesitate to contact me if you have any questions or need additional information.

Thank you,

Mary Bubbett Jackson
Jackson+Jackson
New Orleans Office: 504.599.5953
Fort Walton Beach Office: 850.200.4594
Fax: 888.988.6499
www.jackson-law.net